1004

[No. 36586-3-II. Division Two. May 5, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH FREDRICK LACHANCE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00136-5, H. John Hall, J., entered July 16, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 36650-9-II. Division Two. May 5, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN W. EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-04147-1, Frank E. Cuthbertson, J., entered August 3, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 36756-4-II. Division Two. May 5, 2009.]

ROBERT OLSON ET AL., *Appellants*, v. THE CITY OF TACOMA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-06687-7, Frank E. Cuthbertson, J., entered September 7, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 36822-6-II. Division Two. May 5, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RENE HERNANDEZ CASTILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00270-7, Roger A. Bennett, J., entered September 5, 2007. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Armstrong, J.